**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7900**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

AHMED OMAR ABU ALI,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:05-cr-00053-GBL-1; 1:12-cv-00474-GBL)

_____

Submitted: October 2, 2014          Decided: October 7, 2014

_____

Before TRAXLER, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Joseph Boyle, ROBERT J. BOYLE, ATTORNEY AT LAW, New York, New York, for Appellant. Stephen Michael Campbell, Daniel Joseph Grooms, III, Assistant United States Attorneys, Alexandria, Virginia; Vikram Jagadish, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Omar Abu Ali seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Abu Ali has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED
